UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

**FRANK GABRIEL ROMERO**

Docket No. 04-5185 OWW

FILED
2005 APR 18 P 5:23
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

COMES NOW Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Frank Gabriel Romero, who was placed on bond by the Honorable Dennis L. Beck, sitting in the Court at Fresno, California, on the 26th day of July, 2004, re-released by the Honorable Lawrence J. O'Neill, on the 6th day of December, 2004, and conditions modified by the Honorable Dennis L. Beck on the 7th day of January 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to manufacture, distribute and possess with the intent to distribute methamphetamine

**BOND CONDITIONS:** Please see attached

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Urine samples submitted by Mr. Romero on March 21, 2005, and on April 7, 2005, were positive for amphetamine and methamphetamine. Additionally, Mr. Romero failed to appear for drug/alcohol testing on April 16, 2005.

**PRAYING THAT THE COURT WILL ORDER** that a no-bail bench warrant be issued for the arrest of said defendant.

**LAST KNOWN ADDRESS:** 1060 North Mitchell, Turlock, California 95380

**TELEPHONE NUMBER:** 209-634-6464

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2005

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer
DATE: April 18, 2005

## ORDER

_X_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ No bail .
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____.
___ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

Considered and ordered this 18th day of April, 2005, and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge/U.S. District Judge

rev. 1/93

**ROMERO, Frank Gabriel**  ADDITIONAL CONDITIONS OF RELEASE
**Docket No. 04-5178 OWW**

1. You are released on a $150,000 property bond secured by equity in property of Frank Xavier Romero.

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency.

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody.

4. You are released to the third party custody of Frank Xavier Romero.

5. You shall reside at XXXXXX, Turlock, California, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

6. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer.

7. You shall refrain from **ANY** use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.

8. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt.

9. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

10. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

11. You shall not associate or have any contact with Raul Mercado Moreno, Rodolfo Ramirez Mercado, Francisco Marrero Farias, Cesar Manuel Aguayo Mendoza, Anabertha Casillas, Alvaro Mercado Moreno, Juan Manuel Gutierrez, Baldomero Sanchez Garcia, Pedro Landero, Jose Nunez, Salvador Rivera Benitez, Jaime Pineda Duarte, Adan Martinez, Flavia Sandoval, Miguel Valencia, Jorge Narez Aguilar, and Daniel Perez unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer.

12. You shall not possess a firearm, destructive device, or other dangerous weapon.