UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 04-5185-OWW |
| ) | |
| vs. ) | **ORDER OF DETENTION FOLLOWING** |
| ) | **REVOCATION OF PREVIOUSLY SET** |
| FRANK GABRIEL ROMERO, ) | **CONDITIONS OF RELEASE** |
| ) | |
| Defendant. ) | |
| _____) | |

A.  <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   _____ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release, to wit:

**or**

   _X_ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release;

**and,**

   _____ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   _X_ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

   _____ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, to wit:

IT IS SO ORDERED.

**Dated:   May 6, 2005**                    **/s/ Sandra M. Snyder**
icido3                                      UNITED STATES MAGISTRATE JUDGE