McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK GABRIEL ROMERO, et al.,<br><br>　　　　Defendants. | 1:04-CR-5185-OWW<br><br>PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF |

　　　Based upon the plea agreement entered into between plaintiff United States of America and defendant Frank Gabriel Romero, it is hereby

　　　ORDERED, ADJUDGED AND DECREED as follows:

　　　1. Pursuant to 21 U.S.C. § 853(a), defendant Frank Gabriel Romero's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　a)　　Miscellaneous Electronic Equipment seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California; and,

　　　　　b)　　Miscellaneous Jewelry seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California.

///

1    2. The above-listed property constitutes or is derived from proceeds defendant obtained
2  directly or indirectly as a result of a violation of 21 U.S.C. §§ 841(a)(1) and 846 and/or was used
3  or intended to be used in any manner or part to commit and to facilitate the commission of said
4  violations.

5    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to
6  seize the above-described property. That the aforementioned property shall be seized and held by
7  the United States Marshals Service, in its secure custody and control.

8    4.    a. Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the United States
9  forthwith shall publish at least once for three successive weeks in the <u>Modesto Bee</u> (Stanislaus
10 County), a newspaper of general circulation located in the county in which the above-described
11 property was seized, notice of this Order, notice of the Attorney General's intent to dispose of the
12 property in such manner as the Attorney General may direct, and notice that any person, other
13 than the defendant, having or claiming a legal interest in the above-listed forfeited property must
14 file a petition with the Court within thirty (30) days of the final publication of the notice or of
15 receipt of actual notice, whichever is earlier.

16       b. This notice shall state that the petition shall be for a hearing to adjudicate the
17 validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under
18 penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest
19 in the forfeited property and any additional facts supporting the petitioner's claim and the relief
20 sought.

21       c. The United States may also, to the extent practicable, provide direct written
22 notice to any person known to have alleged an interest in the property that is the subject of the
23 Order of Forfeiture, as a substitute for published notice as to those persons so notified.

24 ///
25 ///
26 ///
27 ///
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this  26   day of  October         , 2005.

                /s/Oliver W. Wanger
                OLIVER W. WANGER
                United States District Judge