McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-5185-OWW |
| Plaintiff, | ) ) ) | PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF |
| v. | ) ) | |
| FRANK GABRIEL ROMERO, et al., | ) ) | |
| Defendants. | ) ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Frank Gabriel Romero, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Frank Gabriel Romero's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a)      Miscellaneous Electronic Equipment seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California; and,

b)      Miscellaneous Jewelry seized on or about July 21, 2004, from the residence located at 619 Starr Avenue, Apt. 1, Turlock, California.

///

1

2.  The above-listed property constitutes or is derived from proceeds defendant obtained directly or indirectly as a result of a violation of 21 U.S.C. §§ 841(a)(1) and 846 and/or was used or intended to be used in any manner or part to commit and to facilitate the commission of said violations.

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property.  That the aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4.  a.  Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the Modesto Bee (Stanislaus County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

///
///
///
///
///

2

1      5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this

2   Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests

3   will be addressed.

4   SO ORDERED this __26___ day of __October_____, 2005.

5

6                                          /s/Oliver W. Wanger
                                          _____
7                                          OLIVER W. WANGER
                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28