**DANIEL L. HARRALSON, BAR NO. 109322**
The Daniel Harralson Law Firm
A Professional Corporation
P.O. Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Defendant FRANK ROMERO, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-04-5185 OWW |
| Plaintiff, | ) **MOTION TO EXONERATE BOND** |
| vs. | ) |
| FRANK ROMERO, JR., et al., | ) |
| Defendants. | ) |

TO McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND KATHLEEN A. SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

PLEAST TAKE NOTICE that Defendant, FRANK ROMERO, JR., by and through his counsel hereby moves this court for an order to exonerate the bond in the above-referenced matter. In support of this motion Defendant states the following:

1.       Defendant was arrested on or about July 22, 2004. On or about August 5, 2004, Defendant was released on Bond and Pretrial Services supervision pursuant to a $150,000.00 property bond secured by equity in property of Frank Xavier Romero, Sr.

2. On September 12, 2005, Defendant entered a plea of guilty to a violation of 18 U.S.C. § 846, 841(a)(1), Conspiracy to Manufacture and Distribute Methamphetamine.

3. On or about December 13, 2005, Defendant was sentenced to a term of imprisonment of 35 months.

WHEREFORE, it is requested that the Court order exonerate the bond in the above-referenced matter.

DATED: December ___, 2005           Respectfully Submitted,

                                               **THE DANIEL HARRALSON LAW FIRM**
                                               **A Professional Corporation**

                                               /s/ Daniel L. Harralson
                                               _____
                                               Attorney for Defendant

**DANIEL L. HARRALSON, BAR NO. 109322**
The Daniel Harralson Law Firm
A Professional Corporation
P.O. Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Defendant FRANK ROMERO, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-04-5185 OWW |
| Plaintiff, | ) **ORDER TO EXONERATE BOND** |
| vs. | ) |
| FRANK ROMERO, JR., et al., | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that the bond posted in the above-referenced matter on or about August 5, 2004, for Frank Romero Jr. be exonerated.

IT IS FURTHER ORDERED that the property of Frank Xavier Romero, Sr., which was used to secure the bond, be released from any and all liabilities.

Dated: January 12, 2006        /s/ OLIVER W. WANGER

JUDGE OF THE U.S. DISTRICT COURT